UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLAN J. WILLIAMS II,

    Plaintiff,

v.

PETSMART INC.,

    Defendant.

Case No. 21-cv-00221-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 20

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: July 20, 2021

_____
WILLIAM H. ORRICK
United States District Judge